# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID F. GIANNILLI AND LEEANNE GIANNILLI, HIS WIFE, | : Nos. 185-186 WAL 2014 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| NORFOLK SOUTHERN RAILWAY COMPANY, A VIRGINIA COMPANY, AND THE CITY OF LATROBE, PENNSYLVANIA, | : |
| | : |
| | : |
| | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.